IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROGER WILLIAMS,

        Plaintiffs,

   v.

NURSE/DOCTOR JOHN DOE/
JANE DOE, et al.,

        Defendants

CIVIL ACTION
NO. 16-3949

## ORDER

AND NOW, this 17th day of October, 2017, upon review of Defendants Motion to Dismiss, and all supporting papers, it is hereby ORDERED as follows:

1. Defendants' Motion to Dismiss (ECF Docket No. 8) as to Defendant Korszniak is **GRANTED** with prejudice.

2. Plaintiff shall be given thirty (30) days to file an amended complaint properly identifying Jane/John Doe Defendants. Failure to do so will result in complete dismissal without further notice.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                        Jeffrey L. Schmehl, J.